1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT FOR THE
7                  EASTERN DISTRICT OF CALIFORNIA
8

9   EMMETT L. FAUGHT,                    1:07-cv-00023-AWI-TAG-(HC)

10          Petitioner,                  ORDER GRANTING PETITIONER'S
                                         REQUEST FOR EXTENSION OF TIME
11      vs.                              TO FILE A TRAVERSE

12   KATHY MENDOZA-POWERS,               (DOCUMENT #12)

13          Respondent.                  THIRTY DAY DEADLINE

14   _____/

15          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

16   28 U.S.C. § 2254.  On February 6, 2008, petitioner filed a motion to extend time to file a

17   traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING

18   THEREFOR, IT IS HEREBY ORDERED that:

19          Petitioner is granted thirty days from the date of service of this order in which to file a

20   traverse.

21
22
23   IT IS SO ORDERED.

24   Dated:  **February 22, 2008**              _____**/s/ Theresa A. Goldner**_____
                                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28