UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT L. FAUGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS, Warden,<br><br>　　　　　Respondent. | Old case #1:07-CV-00023 AWI TAG HC<br>**New case #1:07-CV-00023 AWI JMD HC**<br><br>ORDER OF REASSIGNMENT |

Pursuant to the Order of Recall in the Matter of the Recall Appointment of: John M. Dixon, Jr., United States Magistrate Judge, Retired, effective May 11, 2007,

IT IS HEREBY ORDERED that this action is reassigned to Magistrate Judge John M. Dixon, Jr., to perform such duties of the office of magistrate judge as provided by the district court.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:07-CV-00023 AWI JMD HC**

All dates currently set in the reassigned action shall remain pending subject to further order of the court.

IT IS SO ORDERED.

**Dated:   October 26, 2008**　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE