# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMETT L. FAUGHT, | ) | 1:07-CV-00023 AWI JMD HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #16] |
| | ) | |
| v. | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| JEANNE WOODFORD, | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Magistrate Judge issued a Findings and Recommendation on October 31, 2008, recommending that the petition for writ of habeas corpus be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On December 4, 2008, Petitioner's objections to the Findings and Recommendation were filed with the Court. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the

Findings and Recommendation based on the points raised in the objections. The nature of the commitment offense combined with a lack of insight into the causative factors of the crime, as well as the impact on the victim constitute "some evidence" of current unreasonable dangerousness. See Irons v. Carey, 505 F.3d 846, 851 (9th Cir. 2007); In re Shaputis, 44 Cal.4th 1241, 1260-61 (2008).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 31, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. The Clerk of Court is DIRECTED to enter judgment; and

4. A certificate of appealability is not necessary as the instant petition challenged the denial of parole. See Rosas v. Nielsen, 428 F.3d 1229, 1231-32 (9th Cir. 2005); White v. Lambert, 370 F.3d 1002, 1010-13 (9th Cir. 2004).

IT IS SO ORDERED.

Dated:     March 11, 2009                          /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE